UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD LEE RYNEARSON, III,<br><br>     Plaintiff,<br><br>v.<br><br>ROBERT FERGUSON, Attorney General of the State of Washington, and<br><br>TINA R. ROBINSON, Prosecuting Attorney for Kitsap County,<br><br>     Defendants. | Case No. 3:17-cv-05531-RBL<br><br>**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* ELECTRONIC FRONTIER FOUNDATION AND AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Noted on Motion Calendar w/Oral Argument: September 22, 2017 at 10 a.m., Courtroom B |

*Amici curiae* Electronic Frontier Foundation and American Civil Liberties Union of Washington submit this request for leave to file the attached *amicus* brief pursuant to this Court's order on August 7, 2017 [Dkt. 17] in support of Plaintiff Richard Lee Rynearson II's Motion for Preliminary Injunction [Dkt. 3].[1]

## I.    STATEMENT OF INTEREST

The **Electronic Frontier Foundation** ("EFF") is a San Francisco-based, non-profit, member-supported digital rights organization. Focusing on the intersection of civil liberties and

---

[1] Plaintiff consents to the filing of this *amicus* brief. Defendants Robert Ferguson and Tina R. Robinson do not object to the filing of it. *Amici* certify that no party or party's counsel has authored this brief in whole or in part, or contributed money that was intended to fund preparing or submitting the brief.

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*(206) 464-3939*

technology, EFF actively encourages industry, government, and the courts to support free expression, privacy, and openness in the information society. Founded in 1990, EFF has over 38,000 dues-paying members nationwide. EFF publishes a comprehensive archive of digital civil liberties information at www.eff.org. EFF serves as counsel or *amicus curiae* in many cases addressing free speech online. *See e.g., City of Vancouver v. Edwards*, No. 18998V (Clark County Superior Court 2012); *Backpage.com v. McKenna*, 2:12-cv-00954-RSM (W.D. Wa. 2012); *United States v. Cassidy*, 814 F. Supp. 2d 574, 585-86 (D. Md. 2011); *Savage v. Council of American-Islamic Relations, Inc.*, No. 07-cv-06076-SI (N.D. Cal. 2007).

**American Civil Liberties Union of Washington** ("ACLU-WA") is a statewide, nonpartisan, nonprofit organization, with over 75,000 members and supporters, that is dedicated to the preservation of civil liberties including the right to free speech. The ACLU-WA strongly opposes laws and government action that infringe on the free exchange of ideas or that unconstitutionally restrict protected expression. It has advocated for free speech and the First Amendment directly, and as *amicus curiae*, at all levels of the state and federal court systems. *See, e.g., Berger v. City of Seattle*, 569 F.3d 1029, 1034 (9th Cir. 2009).

## II.  *AMICI*'S BRIEF OFFERS UNIQUE AND HELPFUL INFORMATION

*Amici's* brief would provide the Court with unique and helpful information regarding the sound and principled application of the First Amendment to online speech. As technology advances, more people rely on the Internet to communicate not only with one another, but also to express ideas and opinions about public figures and current events to society at large. *Amici* submit this brief to help the Court apply First Amendment principles in a manner that protects the constitutional rights of those who use technology to communicate.

## III.  CONCLUSION

For these reasons, *amici* respectfully request that the Court grant leave to file the attached *amicus* brief in support of Plaintiff Rynearson's Motion for Preliminary Injunction.

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*(206) 464-3939*

Dated this 21st day of August, 2017.

Respectfully Submitted,

GARVEY SCHUBERT BARER


By:    *s/Judith A. Endejan*
     Judith A. Endejan, WSBA #11016
     GARVEY SCHUBERT BARER
     1191 Second Avenue, 18th Floor
     Seattle, WA 98101-2939
     Tel: (206) 464-3939
     Fax: (206) 464-0125
     Email: jendejan@gsblaw.com

*Attorney for Amici Curiae*
*Electronic Frontier Foundation and*
*American Civil Liberties Union of Washington*

MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*
(Case No. 3:17-cv-05531-RBL) – 3

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
(206) 464-3939

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on this date I electronically filed the foregoing with the Clerk of the

3    Court using the CM/ECF system, which will automatically send notification of such filing to

4    those attorneys of record registered on the CM/ECF system.

5      DATED this 21st day of August, 2017, at Seattle, Washington.

6

7
                                        *s/Adina Davis* _____
8                                         Adina Davis

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*(206) 464-3939*