# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| RICHARD L. RYNEARSON, III,<br><br>      Plaintiff,<br><br> v.<br><br>ROBERT FERGUSON, Attorney General of the State of Washington, and TINA R. ROBINSON, Presecuting Attorney for Kitsap County,<br><br>      Defendants. | **JUDGMENT**<br><br>CASE NUMBER: C17-5531-RBL |

XX **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Per Order Dkt [66],  Judgment is hereby ENTERED FOR PLAINTIFF.   The Court declares that RCW 9.6.260(1)(b) is facially overbroad and violates the First and Fourteenth Amendments.  Defendants  are PERMANTENTLY ENJOINED from enforcing RCW 9.61.260(1)(b) against Plaintiff.


            s/William M. McCool
            William M. McCool, Clerk

            _____
            Deputy Clerk